O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-2382-AHM (MANx) | Date | June 29, 2009 |
|---|---|---|---|
| Title | YU JIN KIM, et al. v. CERTIFIED HOME LOANS, LLC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Timothy D. Thurnman | Ryan K. Woodson | |

**Proceedings:** MOTION to Dismiss Case and For More Definite Statement filed by Defendant Wells Fargo Home Mortgage [8] (non-evidentiary)

Court circulates its Summary of Recommendations and hears oral argument. For reasons stated on the record, the Court grants the motion to dismiss and sets July 13, 2009 as the last day to file a first amended complaint.

|  | : | 12 |
|---|---|---|
| | Initials of Preparer | SMO |